Rachel E. Kaufman (Cal. Bar No. 259353)
Kaufman P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
rachel@kaufmanpa.com

*Attorney for Plaintiff and the Putative Classes*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TYLER BAKER,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**AMERICAN ADVISORS GROUP, INC.,**<br><br>*Defendant.* | Case No. 8:21-cv-00339-CJC-KES<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Tyler Baker hereby gives notice of the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully Submitted,

Dated: April 6, 2021

By: */s/ Rachel E. Kaufman*
Rachel E. Kaufman (Cal Bar No. 259353)
rachel@kaufmanpa.com
Kaufman P.A.
400 NW 26th Street

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Miami, FL 33127
Telephone: (305) 469-5881

*Attorney for Plaintiff and the putative Classes*

-2-

Notice of Dismissal