**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   8:21-cv-00339-CJC-KES                                   Date  4/6/2021
Title      TYLER BAKER V. AMERICAN ADVISORS GROUP, INC.

Present: The Honorable CORMAC J. CARNEY, U.S. DISTRICT JUDGE

| Cheryl Wynn | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF DISMISSAL**

The Court is in receipt of Plaintiff's Notice of Dismissal of the entire action [10], and hereby orders the case dismissed with prejudice. Further, the Court orders all proceedings in the case vacated and taken off calendar.

                                                                                      _ : _
                                                    Initials of Deputy Clerk:  cw